**Order entered February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00430-CR

**DAVID CARL SWINGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-06-16**

## ORDER

The Court **GRANTS** the State of Texas's February 12, 2014 unopposed motion to present oral argument. The Court will hear oral argument in this case on Tuesday, February 18, 2014 at 2:15 p.m. Oral argument will take place in Liberty Hall, located on the first floor of the Rockwall County Courthouse at 1111 East Yellowjacket Lane in Rockwall, Texas. Argument is limited to twenty minutes for each side and five minutes to the appellant for rebuttal.

/s/     ADA BROWN
PRESIDING JUSTICE